

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDGARDO RODRIGUEZ,

    Plaintiff,

v.

NEW YORK CITY, US MARSHALL et al, PETER HERZ MD, PETER WACHTER, DO. RAYMOND L. COLON ESQ. JAMES P. HARDING ESQ.; US OF AMERICA, GRULLON

AMEND COMPLAINT

19-CV-1526(LDH)(LB)

## PLAINTIFF'S AMEND COMPLAINT

Plaintiff Edgardo Rodriguez, for his first Amend Complaint against defendant's New York City, US Marshall et al, Peter Herz MD., Peter Wachter DO., Raymond L. Colon Esq., James P. Harding Esq., US of America, Grullon official capacities and physical capacities.

## JURISDICTION AND VENUE

This Court has jurisdiction over action under 28 U.S.C. Section § 1331, 42 U.S.C. § 1983, 42 U.S.C. § 1441, 28 U.S.C. § 1332(a).

III. Defendants

    1. New York City

    2. US Marshall et al

    3. Peter Herz MD

    4. Peter Wachter DO.

Plaintiff's explain these defendant's are a part of original complaint.

### NEW DEFENDANT'S

5. Name of Fifth Defendant: <u>Raymond L. Colon</u>

    Employed as Attorney at Law Firm

    Mailing Address: 233 BroadWay #5 New York, NY 10279

6. Name of Sixth Defendant: James P. Harding

   Employed as Attorney at law Firm

   Mailing Address: 8059 Lefferts BLVD New Gardens, NY 11415-1735

IV. STATEMENT OF CLAIM

1. New York City: personally Involved in their official capacity and physical capacity John Doe's. When Plaintiff was wrongfully detain after serving state sentence for almost eight months a total of almost 240 some days. Plaintiff concluded his sentence Dec. 12, 2017 to Aug. 16, 2018 at this point Plaintiff sentence was done on Dec. 12, 2017 and OBCC still detain Plaintiff up until July 13, 2018. This is why the City of New York is liable to the cliam under Plaintiff Fourteen Amendments Right, Eight Amendment and Fifth Amendment Rights. While being house illegally Plaintiff sustain two injuries on 6/25/18 and 7/27/18 which cause Plaintiff to suffer emotional distress when knowing from the start Plaintiff should not been house at OBCC because his time was concluded. The facts AMKC 695 "Grullon" "311" # C-1-1-16005-11098 "Social Service"."OBCC" John Doe. It was also clear Plaintiff was in State Custody 9-3-13 up to Sept 2015 and on the day of Trial Term recieve time serve for 24 months. Then for some unknown reason Plaintiff appear back to State Custody was the time was concluded.

2. US Marshall et al: personally involved in their official capacity and physical capacity John Doe's. These defendants were involved in my transfer to AMKC 695 and OBCC which cause me to suffer a injuries on 6/25/18 and 7/27/18. When the facts my sentence was concluded to these charges back in Sept.2015 in State Court which was a sentence to time serve. Thereafter US Marshall's John Doe's should have never sent Plaintiff back to Rikers Island AMKC and OBCC. See(Exhibits (A) and (B). These were violation of my Fourth Amendment Rights, Eighth Amendment Rights and Fourteen Amendment Rights.

3. Peter Herz MD: personally involved in, his--official capacity and physical capacity. When facts are concluded that it is challenge that should be concluded into the complaint base on facts that these contentions should be group with each other base upon Unlawful Detention.

4. Peter Wachter, DO: personally involved in, his--official capacity and physical capacity. When facts are concluded that it is challenge that should be concluded into the complaint base on facts that these contentions should be group with each other base upon Unlawful Detention.

5. Raymond L. Colon ESQ: personally involved in his physical capacity when the facts Plaintiff repeatedly called Attorney for the state in regards of why Plaintiff is being house at OBCC and AMKC. Colon did nothing to help when Plaintiff suffer pain and suffering and

2

Cruel and Unusual Punishment then delay due process when the facts Plaintiff was deprive of his right to liberty in life.

6. UNITED STATES OF AMERICA: personally involved when plaintiff was instructed to be sent back to the State Court. The facts is clear Plaintiff should have never went to State but was taken to OBCC and AMKC in Riker Island for a period of time of eight months Plaintiff was lost in system but all actuality United States of America should have sent Plaintiff to BOP Prisons. At this time Plaintiff is challenging a pending 28 U.S.C. § 2255(f)(1) in front of Honorable Judge Seybert Cr 15-652(JS)/CV 18-6547 under these challenges of Plaintiff not having his state and federal sentence run concurrent. At this time Plaintiff should be under relief for Eighth Amendment Rights, Fourth Amendment, Fourteenth Amendment and Fifth Amendment Rights.

7. Grullon: personally involved in his official capacity and physical capacity as "311" Social Service for OBCC in Riker Island exhibit (A) this action is connected to Claim One.

## RELIEF

1. Plaintiff should be rewarded amount of 500,000 hundred thousand due to compensatory damages, cruel an unusual punishment, punitive damage. "New York City"

2. Plaintiff should be rewarded amount of 750,000 hundred thousand due to compensatory damages, cruel an unusual punishment, punitive damage, wrongfully in prison. "US Marshall et al"

3. Plaintiff should be reward amount of 500,000, due to Raymond L. Colon Esq. deprive Plaintiff of life of liberty and could have help Plaintiff from suffering pain and suffering and emotional distress under Eighth Amendment Violation and Fourth Amendment.

4. Plaintiff should be reward amount of 500,000, due to James P. Harding Esq., deprive Plaintiff of life of liberty and could have help Plaintiff from suffering pain and suffering and emotional distress under Eighth Amendment Violation and Fourth Amendment also Fourteen Amendment Rights.

5. Plaintiff should be rewarded amount of 500,000 hundred thousand due to compensatory damages, cruel an unusual punishment, punitive damage."United States of America"

6. Plaintiff should be reward amount 500,000 hundred thousand due to depriving Plaintiff his rights of life or liberty Fifth Amendment and Fourteen Amendment Violation.

Plaintiff will support his First Amended Complaint with these reason and further display that it should warranted Discovery upon the "John Doe's" defendants which are not a part the complaint.

The facts Plaintiff cannot meet deliberate indifference claim upon each doctor Peter Herz MD, Peter Wachter DO., but the facts Plaintiff can meet the challenge to concluded the incidents with his Unlawful Detention claim and these claims should be consolidated as one claim.

Furthermore Plaintiff rely on theory of these caselaw to carry the day in turn. See(Francis v. Fiacco, 2018 U.S. Dist. Lexis 43264, 9:15-cv-901(MDD/ATB) ND NY March 16, 2018)(4th, 8th and 14th amendment rights were in violation such as in plaintiff case). See(Bellamy v. City of new York, 914 F.3d 727; 757-61(2d cir. 2019)(holding that the City of New york was proper defendant for purposes of a Monell claim that alleged unconstitutional poliies at district attorney's office). See(Bey ex rel. Palmgren v. NYCeWheels, 2019 U.S. Dist. Lexis 83001 18-cv-9358 (CM) SD NY May 15, 2019)(Leave To Replead).

Plaintiff will encourage this court to develope the record at this time and move forward to "Rule 16 Discovery Conference", then apply the facts that are very clear Plaintiff was subjected to unlawful inprisonment. See(Akande v. US, 2018 U.S. Dist. Lexis 44381 No. 3:11-cv-1125(RNC) D. Conn. Mar. 19, 2019).

Wherefore Mr. Rodriguez prays Honorable District Court Lashann Dearcy Hall GRANTED Plaintiff Leave To Amend Complaint and further turn to Discovery Rule 16 Conference under Rule 26(a)(1).

Date: Aug. 7, 2019

Respectfully Submitted,

Edgardo Rodriguez #86321-053
FCI Allenwood Medium
P.O. Box. 2000
White Deer, PA. 17887

Exhibit (A)

```
*********************************
***     TX Result Report      ***
*********************************
```

                         Sending is complete.

         Job Number                        3400
         Address                           12127665899
         Name
         Start Time                        09/26 05:02 PM
         Call Length                       00'44
         Sheets                            7
         Result                            OK

---

    08/16/18              RECEPTION/CLASSIFICATION SYSTEM
    15:02:48                 LEGAL DATE COMPUTATION         BY: C240MXV
                                            COMP DATE/TIME: 08/16/2018  02:30P
              TYPE B02   BASIC DETERMINATE

    DIN:  18A3224   NAME:  RODRIGUEZ, EDGARDO            NYSID:  07672700K
    DATE RECEIVED:  08/16/2018
    CURRENT LOCATION:  DWNSTATE REC - 02-OD-019

    HEARING DATE              2018 09      TIME ALLOWANCE COMM DATE    2018 09
    HEARING TYPE              CRC          TIME ALLOWANCE COMM TYPE    CRIE
    TENTATIVE RELEASE DATE                 POST-RELEASE SUPERVISION    0002 06 00
    GRADUATION DATE                        PRS MAXIMUM EXPIRATION DT

                                           DETERMINATE TERM             0002 00 00
                                           DATE RECEIVED               +2018 08 16
                                           JAIL TIME                   -0002 09 06
                                                                       ---- -- --
                                         • MAXIMUM EXPIRATION DATE     =2017 11 09
                                           GOOD TIME POSSIBLE          -0000 03 14
                                                                       ---- -- --
                                           CONDITIONAL RELEASE DATE    =2017 07 25

    LIMITED CREDIT TIME POSS    0000 06 00
    LIMITED CREDIT TIME DATE    2017 01 25

    COMMENTS:




    JAIL TIME(S) IN DAYS:
       JAIL TIME = 1006

    DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)

```
08/16/18              RECEPTION/CLASSIFICATION SYSTEM
15:02:48              LEGAL DATE COMPUTATION        BY: C240MXV
                                     COMP DATE/TIME: 08/16/2018   02:30P
          TYPE B02  BASIC DETERMINATE

    DIN: 18A3224 NAME: RODRIGUEZ, EDGARDO           NYSID:  07672700K
    DATE RECEIVED: 08/16/2018
    CURRENT LOCATION: DWNSTATE REC - 02-0D-019
```

| | | | |
|---|---|---|---|
| HEARING DATE | 2018 09 | TIME ALLOWANCE COMM DATE | 2018 09 |
| HEARING TYPE | CRC | TIME ALLOWANCE COMM TYPE | CRIE |
| TENTATIVE RELEASE DATE | | POST-RELEASE SUPERVISION | 0002 06 00 |
| GRADUATION DATE | | PRS MAXIMUM EXPIRATION DT | |
| | | DETERMINATE TERM | 0002 00 00 |
| | | DATE RECEIVED | +2018 08 16 |
| | | JAIL TIME | -0002 09 06 |
| | | | ---- -- -- |
| | | MAXIMUM EXPIRATION DATE | =2017 11 09 |
| | | GOOD TIME POSSIBLE | -0000 03 14 |
| | | | ---- -- -- |
| | | CONDITIONAL RELEASE DATE | =2017 07 25 |

```
    LIMITED CREDIT TIME POSS    0000 06 00
    LIMITED CREDIT TIME DATE    2017 01 25

    COMMENTS:




    JAIL TIME(S) IN DAYS:
       JAIL TIME  = 1006

    DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)
```

Exhibit (A)

THE CITY OF NEW YORK DEPARTMENT OF CORRECTION
06-JUN-18 09:03:30      JAIL TIME CALCULATION (JTIM)
NYSID: 07672700K    Docket #: 2013QN049536      Indictment #: 02981/2013
Name: RODRIGUEZ, EDGARDO                        Calculated Jail Time    : 0936
Controlling City Sentence Time:?0000           + Additional Jail Time    : 0000
                                               - Excess Jail Time        : 0000
Press F12 to print Jail Time Certification      Total Jail Time          : 0936
                                                All JTIM Credit Entered?: N

* OTHER JURISDICTION - MIGHT HAVE ADDITIONAL JAIL TIME

Branch to:
================================================================================
            Associated      Arrest   Discharge      Last  Start     City        #
BK&CS       Docket/Ind      Date     Date    Code   Hous  Sent_Dt   Sent #      Days
--------------------------------------------------------------------------------
8951701619  2013QN049536    12DEC17                 AMKC                        0177
8251301707  2013QN049536    31DEC13  13OCT15 ND     AMKC                        0652   *
4411308479  2013QN049536    03SEP13  31DEC13 XW     CIFM  19DEC13   713-4713    0107

"311"                                                             OBCC
#C-1-1-1600511098
grallon social service

*1upper*          Exhibit (A)

```
28-JUN-18   10:59:13        State Ready Inquiry Screen (QSR)

BK&CS: 8951701619  Name: RODRIGUEZ, EDGARDO              NYSID: 07672700K
DOB: 28-MAR-76 1st Sentence Indic#: 02981/2013 (Q)1st Sentence date: 12-DEC-17
2nd Sentence Indict#:              3nd Sentence Indict#:
Ct.Part:           Facility: OBCC    Discharge Date:

Did Court Facility Receive PSI?:        Commitment Papers?:

Paper/Hold Problem.:
State Ready Eligible?:   Y       State Ready Eligible Date:   21-JUN-18

Special:                                      Contract Inmate? N
Special Other:
Paperwork Received by GMDC?:   Y        Date Received:   21-JUN-18


# of Declarations: 1    Declared Date:  22-JUN-18
Reject Reason:                          Reject Date:


Branch to:                 ----                        STATE_READY
```

Exhibit (A)

```
13-JUL-18    09:19:23       State Ready Inquiry Screen (QSR)

BK&CS: 8951701619  Name: RODRIGUEZ, EDGARDO              NYSID: 07672700K
DOB: 28-MAR-76 1st Sentence Indic#: 02981/2013 (Q)1st Sentence date: 12-DEC-17
2nd Sentence Indict#:             3nd Sentence Indict#:
Ct.Part:           Facility: OBCC      Discharge Date:

Did Court Facility Receive PSI?:       Commitment Papers?:

Paper/Hold Problem.:
State Ready Eligible?:   Y       State Ready Eligible Date:   12-JUL-18

Special:                                        Contract Inmate? N
Special Other:
Paperwork Received by GMDC?:   Y           Date Received: 21-JUN-18


# of Declarations: 2    Declared Date:  13-JUL-18
Reject Reason:                           Reject Date:
```

Branch to:                                              STATE_READY

Exhibit (A)

```
13-JUL-18    09:19:23        State Ready Inquiry Screen (QSR)

BK&CS: 8951701619  Name: RODRIGUEZ, EDGARDO                    NYSID: 07672700K
DOB: 28-MAR-76 1st Sentence Indic#: 02981/2013 (Q)1st Sentence date: 12-DEC-17
2nd Sentence Indict#:                   3nd Sentence Indict#:
Ct.Part:              Facility: OBCC    Discharge Date:

Did Court Facility Receive PSI?:        Commitment Papers?:

Paper/Hold Problem.:
State Ready Eligible?:   Y      State Ready Eligible Date:  12-JUL-18

Special:                                Contract Inmate?  N
Special Other:
Paperwork Received by GMDC?:   Y        Date Received:  21-JUN-18


# of Declarations: 2    Declared Date:  13-JUL-18
Reject Reason:                          Reject Date:


Branch to:                                          STATE_READY
```

Exhibit (A)

```
18-JUL-18    08:42:59        State Ready Inquiry Screen (QSR)

BK&CS: 8951701619  Name: RODRIGUEZ, EDGARDO              NYSID: 07672700K
DOB: 28-MAR-76 1st Sentence Indic#: 02981/2013 (Q)1st Sentence date: 12-DEC-17
2nd Sentence Indict#:              3nd Sentence Indict#:
Ct.Part:            Facility: OBCC     Discharge Date:

Did Court Facility Receive PSI?:        Commitment Papers?:

Paper/Hold Problem.:
State Ready Eligible?:         State Ready Eligible Date:

Special:                                     Contract Inmate? N
Special Other:
Paperwork Received by GMDC?:   Y          Date Received:   21-JUN-18


# of Declarations: 2    Declared Date:  13-JUL-18
Reject Reason:   ICP    Improper Comm Papers   Reject Date:  13-JUL-18
```

Branch to:                                              STATE_READY

Exhibit (A)

```
08-AUG-18    09:05:00       State Ready Inquiry Screen (QSR)

BK&CS: 8951701619  Name: RODRIGUEZ, EDGARDO              NYSID: 07672700K
DOB: 28-MAR-76 1st Sentence Indic#: 02981/2013 (Q)1st Sentence date: 12-DEC-17
2nd Sentence Indict#:                3nd Sentence Indict#:
Ct.Part:              Facility: OBCC     Discharge Date:
```
| | |
|---|---|
| Did Court Facility Receive PSI?: | Commitment Papers?: |

```
Paper/Hold Problem.:
State Ready Eligible?:       State Ready Eligible Date:

                                                 Contract Inmate? N
Special:
Special Other:
Paperwork Received by GMDC?:  Y        Date Received:   21-JUN-18


# of Declarations: 2    Declared Date:  13-JUL-18
Reject Reason:   ICP    Improper Comm Papers   Reject Date: 13-JUL-18
```

Branch to:                                              STATE_READY

Exhibit (A)

```
15-AUG-18   08:29:06       State Ready Inquiry Screen (QSR)

BK&CS: 8951701619  Name: RODRIGUEZ, EDGARDO              NYSID: 07672700K
DOB: 28-MAR-76 1st Sentence Indic#: 02981/2013 (Q)1st Sentence date: 12-DEC-17
2nd Sentence Indict#:              3nd Sentence Indict#:
Ct.Part:           Facility: OBCC    Discharge Date:

Did Court Facility Receive PSI?:        Commitment Papers?:

Paper/Hold Problem.:
State Ready Eligible?:  Y       State Ready Eligible Date:  13-AUG-18

                                                 Contract Inmate? N
Special:
Special Other:
Paperwork Received by GMDC?:  Y        Date Received:  21-JUN-18


# of Declarations: 3   Declared Date:  14-AUG-18
Reject Reason:                                 Reject Date:


                                                         STATE_READY
Branch to:
```

Exhibit (B)

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

**INJURY TO INMATE REPORT** — Form: #167R-A, Rev.: 01/31/08, Ref.: Dir. #4516R-A — Page 1 of 2 Pages

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

Command: OBCC  
Date: 6/25/18  
COD/UOF #:  
Injury #: FY18/3989

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)**

Inmate Name (Last Name, First Name): Rodriguez, Edgardo  
Location: 1 upper  
Work:  
NYSID #: 07672700K  
Book & Case/Sent #: 8951701619

Details: On Monday June 25, 2018 at approximately 2155 hours Inmate Rodriguez, Edgardo 8951701619 / 07672700K claimed injury to his head, back and arm due to a slip and fall.

Supervisor Notified: Capt Lacroix #1841  
Date: 6/25/18  
Time: Approx 2155 Hrs

Employee: ☐ (Did) ☒ (Did Not) Witness This Injury  
Employee Signature:  
Rank/Title: CC  
Shield/ID#: 3600

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

Date of Injury: 6/25/18  
Reported for Medical Attention: Date 6/25/18  
Inmate Refused Medical Attention: ☐ Yes ☒ No  
Visible Injuries: ☐ Yes ☒ No

Nature of Injury and Cause: [illegible handwriting — slip and fall, complaints of left hand/left knee]

Treatment: [illegible handwriting]

Referrals to Other Medical Services: ☐ Yes ☐ No — [illegible findings]

Disposition: ☐ Return to Housing Area ☐ Work Release ___ Days ☐ Light Duty ___ Days ☐ Return to Work Assignment ☐ Re-Exam ___ Days ☐ Refer to Clinic ☐ Return to School ☐ Transfer to Hospital ☐ Life Threatening Emergency ☐ Routine ☒ Other (Please Specify): [illegible]

Treated By: [signature]  
Date: 6/25/18  
Time: 2131 Hrs

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided.

Inmate Signature: [signature]  
B&C / Sentence #: 8951701619  
Date: 6/25/18

Witnessed By (Signature): [signature]  
Rank/Title: CO  
Shield I.D. #: 2877  
Date: 6/25/18



incedint · Exhibit (B)

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

**INJURY TO INMATE REPORT** — Page 1 of 2 Pages · Form: #167R-A · Rev.: 01/31/08 · Ref.: Dir. #4916R-A

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

| Command | Date | COD/UOF # | Injury # |
|---|---|---|---|
| OBCC | 7/27/18 | | FY19-205 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)**

Inmate Name (Last Name, First Name): RODRIGUEZ, EDGARDO

| Location | Work | NYSID # | Book & Case/Sent # |
|---|---|---|---|
| 1-UPPER | | 07672700K | 8951701619 |

Details: I CO HOSAIN #2602 Assined 1-UPPER Durin 1500 x 2331 Hrs. Inmate Rodriguez-Edgardo NYID# 07672700K B/C# 8951701619 claimed he get hurt his Left Ankel when he coming from methahed feading.

Supervisor Notified: Captain Lacrose # 184    Date: 07/27/18    Time: 2000 Hrs.

Employee: ☐ (Did) ☒ (Did Not) Witness This Injury · Employee Signature: Hossain · Rank/Title: CO · Shield/ID#: 2602

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

Accident

Date of Injury: 7/27/18 · Reported for Medical Attention Date: 7/27/18 10 Hrs · Inmate Refused Medical Attention: ☐ Yes ☒ No · Visible Injuries: ☒ Yes ☐ No

Nature of injury and Cause: Mild swelling at the left ankle with tenderness on palpation. Difficulty with ambulation. Unbroken skin. Limited ROM.

Treatment: 1- Left ankle trauma. Ice pack, ace bandage. Analgesic for pain. X-ray/tylenol

Treated By/Examined By: [signature]

Referrals to Other Medical Services (If Yes, Document Medical Findings): ☐ Yes ☐ No

Treated By (Print Full Name and Title, Sign Name): [signature] Date: 7/27/18 Time: 1015 Hrs

| Inmate Signature | B&C / Sentence # | Date |
|---|---|---|
| | 895-17-01619 | 7/27/18 |
| Witnessed By (Signature): Calhoun | Rank/Title: C.O. · Shield I.D. # 9702 | 7/27/18 |

EDUARDO RODRIGUEZ
#86321-053
FCC ALLENWOOD - MEDIUM
P.O. BOX 2000
WHITE DEER, P.A. 17887

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

AUG 07 2019

⇔86321-053⇔
Clerk Of Us District Court
225 Cadman PLZ E
Easten District Of N.Y.
Brooklyn Heights, NY 11201
United States

USMS

