RD 11/6/19
JT
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 05 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDGARDO RODRIGUEZ,

    Plaintiff,

v.

NEW YORK CITY, GRULLON NYC 311

    Defendant's.

SECOND AMENDED COMPLAINT

19-CV-1526(LDH)(LB)



## PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff Edgardo Rodriguez, for his Second Amended Complaint against defendant's New York City, Grullon NYC 311, official capacities and individual capacities.

## JURISDICTION AND VENUE

This Court has jurisdiction over action under 28 U.S.C. Section 42 U.S.C. § 1983, 42 U.S.C. § 1441, 28 U.S.C. § 1332(a).

III. Defendants

    1. New York City

    2. Grullon NYC 311

IV. STATEMENT OF CLAIM

    1. New York City: personally Involved in their official capacity and physical capacity John Doe's. When Plaintiff was wrongfully detain after serving state sentence for almost eight months a total of almost 240 some days. Plaintiff concluded his sentence Dec. 12, 2017 to Aug. 16, 2018 at this point Plaintiff sentence was done on Dec. 12, 2017 and OBCC still detain Plaintiff up until July 13, 2018. This is why the City of New York is liable to the claim under Plaintiff Fourteenth Amendment Right, Eighth Amendment and fifth Amendment Rights. While being house illegally Plaintiff sustain two injuries on 6/25/18 and 7/27/18 which cause plaintiff to suffer emotional distress when knowing from the start plaintiff should not been house at OBCC because his time was concluded. The facts AMKC 695 "Grullon" "311" #C-1-1-16005-11098 "Social Service". "OBCC" John Doe. It was also clear Plaintiff was in State Custody 9-3-13 up to Sept.2015 and on the

1

day of Trial Term I receive time serve for 24 months. Then for some unknown reason Plaintiff appear back to state Custody after the time was concluded. "Fourth Amendment Violation"."Custom Policy, or practice"<u>Monell v. Dep't of Social</u>, 436 U.S. 658(1978).
2. Grullon NYC "311": personally involved in his official capacity and individual capacity as "311" Social Service for OBCC in Riker Island exhibit(A) this action is connected to Claim One.

RELIEF

1. Plaintiff should be rewarded amount of 500,000 hundred thousand due to compensatory damages, loss of enjoyment, dealy damages, unusual punishment and punitive damages. "New York City".

2. Plaintiff should be rewarded amount of 250,000 hundred thousand due to compensatory damages under 4th, 8th and 14th amendments. Personally Involved in punitive damages careless and due process.

<u>MOTION TO FILE RULE 26(a)(1)</u>
To further be a part of this pleading on defendant's

Total Amount

750,000$ Dollars

Date: Oct. 31, 2019

Respectfully Submitted,

Edgardo Rodriguez#86321-053
FCI Allenwood Medium
P.O. Box. 2000
White Deer, PA. 17887

2

INMATE NAME/NUMBER: EDUARDO RODRIGUEZ #86321-053
FEDERAL CORRECTION COMPLEX-ALLENWOOD MEDIUM
P.O. BOX 2000
WHITE DEER, PA 17887

OCT 31 2019



⇔86321-053⇔
Clerk Of Us District Court
225 Cadman PLZ E
Easten District Of N.Y.
Brooklyn Heights, NY 11201
United States